Zia F. Modabber (CA 137388)
zia.modabber@katten.com
Leah E.A. Solomon (CA 275347)
leah.solomon@katten.com
Joanna M. Hill (CA 301515)
joanna.hill@katten.com
Katten Muchin Rosenman LLP
2029 Century Park East, Suite 2600
Los Angeles, CA  90067-3012
Telephone:  310.788.4400
Facsimile:    310.788.4471

Attorneys for Defendant
MELISSA V. JEFFERSON

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TIFFANY WELLS, | Case No.  2:19-cv-09808-PSG-SK |
| Plaintiff, | **STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE** |
| v. | |
| MELISSA V. JEFFERSON, | |
| Defendant. | |

Pursuant to Rule 41(a)(1)(A)(ii), plaintiff Tiffany Wells ("Plaintiff") and defendant Melissa V. Jefferson ("Defendant"), by and through their respective counsel, hereby stipulate and agree that this entire action and all claims for relief asserted in Plaintiff's Complaint are voluntarily dismissed with prejudice. Each party shall bear her own attorneys' fees and costs.

The filer attests that the other signatories listed concur in the contents and have authorized the filing of this stipulation.

Dated:  February 22, 2021     **HACH ROSE SCHIRRIPA & CHEVERIE LLP**

By:    /s/ *Michael A. Rose*
      Michael A. Rose
      Attorneys for Plaintiff TIFFANY WELLS

Dated:  February 22, 2021     **KATTEN MUCHIN ROSENMAN LLP**

By:    /s/ *Zia F. Modabber*
      Zia F. Modabber
      Attorneys for Defendant MELISSA V. JEFFERSON