Zia F. Modabber (CA 137388)
zia.modabber@katten.com
Leah E.A. Solomon (CA 275347)
leah.solomon@katten.com
Joanna M. Hill (CA 301515)
joanna.hill@katten.com
Katten Muchin Rosenman LLP
2029 Century Park East, Suite 2600
Los Angeles, CA  90067-3012
Telephone:  310.788.4400
Facsimile:    310.788.4471

Attorneys for Defendant
MELISSA V. JEFFERSON



FILED
CLERK, U.S. DISTRICT COURT

2/23/21

CENTRAL DISTRICT OF CALIFORNIA
BY: _____WH_____ DEPUTY

LINK 33

# JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

TIFFANY WELLS,

              Plaintiff,

    v.

MELISSA V. JEFFERSON,

              Defendant.

Case No.  2:19-cv-09808-PSG-SK

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**; ORDER

Katten
Katten Muchin Rosenman LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
+1.310.788.4400 tel   +1.310.788.4471 fax

1    Pursuant to Rule 41(a)(1)(A)(ii), plaintiff Tiffany Wells ("Plaintiff") and

2  defendant Melissa V. Jefferson ("Defendant"), by and through their respective

3  counsel, hereby stipulate and agree that this entire action and all claims for relief

4  asserted in Plaintiff's Complaint are voluntarily dismissed with prejudice.  Each

5  party shall bear her own attorneys' fees and costs.

6    The filer attests that the other signatories listed concur in the contents and

7  have authorized the filing of this stipulation.

8

9  Dated:  February 22, 2021      **HACH ROSE SCHIRRIPA &**
                                   **CHEVERIE LLP**
10

11                                By:   /s/ *Michael A. Rose*
                                        Michael A. Rose
12                                      Attorneys for Plaintiff TIFFANY
                                        WELLS
13

14

15  Dated:  February 22, 2021      **KATTEN MUCHIN ROSENMAN LLP**
16
                                  By:   /s/ *Zia F. Modabber*
17                                      Zia F. Modabber
                                        Attorneys for Defendant MELISSA
18                                      V. JEFFERSON

19

20

21                                ┌─────────────────────────────┐
                                  │    **IT IS SO ORDERED.**    │
22                                │              2/23/21        │
                                  │    **DATED:** _____  │
23                                │                             │
                                  │                             │
24                                │    _____ │
                                  │    **U.S. DISTRICT JUDGE**  │
25                                └─────────────────────────────┘

26

27

28

1

STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE            2:19-CV-09808-PSG-SK